STATE OF NEW JERSEY v. EDUARDO PAGAN.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. LEE.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. LEE.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND GERALD.

June 19, 1984.

Petition for certification denied.